BEFORE THE SECOND DIVISION, NOVEMBER 19, 1964

**No. 68897.**—Travers Tool Co. *v.* United States, protest 58/22006 (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of steel bandsaws similar in all material respects to those the subject of *J. E. Bernard & Co., Inc.* v. *United States* (50 Cust. Ct. 41, C.D. 2386), the claim of the plaintiff was sustained.